# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:** Braintree  **Category No.** II  **Investigating Agency** USPIS

**City** Braintree

**County** Norfolk

**Related Case Information:**
- Superseding Ind./ Inf. _____  Case No. _____
- Same Defendant _____  New Defendant X
- Magistrate Judge Case Number _____
- Search Warrant Case Number: see below
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

## Defendant Information:

**Defendant Name:** Zeno Mehas  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** 

**Address:** Marshfield MA

**Birth date (Yr only):** 1982  **SSN (last 4#):** 2783  **Sex:** M  **Race:** white  **Nationality:** 

**Defense Counsel if known:** William H. Connolly  **Address:** 20 Park Plaza Suite 1000

**Bar Number:** 634501  Boston, Massachusetts 02116

## U.S. Attorney Information

**AUSA:** Lindsey Weinstein  **Bar Number if applicable:** 676933

**Interpreter:** ☐ Yes  ☑ No  List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8/15/2024  **Signature of AUSA:** *Lindsey E. Weinstein*

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Zeno Mehas

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1); 18 U.S.C. § 2 | Distribution of Controlled Substances; Aiding and Abetting | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1); 18 U.S.C. § 2 | Distribution of Controlled Substances; Aiding and Abetting | 2 |
| Set 3 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

19-MJ-1436-DLC, 19-MJ-1455-DLC, 20-MJ-1002-DLC, 20-MJ-1003-DLC, 20-MJ-1008-DLC, 20-MJ-1009-DLC